IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 3:09-cr-00047-4 |
| v. | ) | |
| | ) | Judge Nixon |
| HERMAN MAJORS | ) | |

## ORDER

Pending before the Court are Defendant Herman Majors's two Requests for Redaction of Transcripts for Appeal as of Right ("Motions"), with attached lists of the specific transcript redactions requested. (Doc. Nos. 349; 350.) The Motions are **GRANTED**; transcripts for appeal in this case shall be **REDACTED** consistent with Mr. Majors's requests.

It is so ORDERED.

Entered this the ___1ˢᵗ___ day of July, 2013.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT